| Name, Address and Telephone Number of Attorney(s) | FILED<br>CLERK, U.S. DISTRICT COURT<br>JUL - 6 2015<br>CENTRAL DISTRICT OF CALIFORNIA<br>EASTERN DIVISION    BY DEPUTY |
|---|---|
| Bar No.: | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br>v.<br>Laurin Ashley Glidden Voyles,<br>TN Laurin Herrera<br>DEFENDANT. | CASE NUMBER<br>ED15-235-M<br>AMENDED<br>ORDER FOR APPEARANCE OF DEFENDANT AND FOR TRANSPORTATION EXPENSES PURSUANT TO 18 U.S.C. §4285 |
|---|---|

The Court having held defendant **Laurin Ashley Glidden Voyles** to answer to the United States District Court for the **Middle** District of **Alabama** at _____, and finding that the defendant has been released from custody and is financially unable to provide the necessary transportation to appear before the above Court,

IT IS ORDERED that the defendant appear before the above-named Court on **7/17/15** or no later than _____.

IT IS FURTHER ORDERED that the United States Marshal shall:

- ☒ Arrange for non-custodial transportation to appear before the required Court.
- ☒ Furnish to the defendant the one-way fare for transportation to appear before the above Court.
- ☒ Furnish to the defendant an adequate amount of money for subsistence expense to his/her destination, not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. §5702(a).

DATED: **JUL - 6 2015**

_____
UNITED STATES MAGISTRATE JUDGE

Distribution:   Original to case file;   2 copies to U.S. Marshal   1 copy to Defendant's attorney

M-61 (10/97)   ORDER FOR APPEARANCE OF DEFENDANT AND FOR TRANSPORTATION EXPENSES PURSUANT TO 18 U.S.C. §4285